IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| AFFINITY LABS OF TEXAS, LLC, | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No.  1:11-CV-36 |
| | § | |
| v. | § | JUDGE RON CLARK |
| | § | |
| VOLKSWAGEN GROUP OF AMERICA, | § | |
| INC. *et al*, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER OF DISMISSAL

Before the court is the parties' stipulated motion for dismissal with prejudice. The court is of the opinion that the motion should be granted, and this case dismissed.

IT IS THEREFORE ORDERED that the parties' Stipulated Motion for Dismissal With Prejudice [Doc. # 73] is GRANTED. Plaintiff Affinity Labs of Texas, LLC's claims against Defendants Volkswagen Group of America, Inc. and Volkswagen Group of America Chattanooga Operations, LLC, as well as all counterclaims asserted by Defendants against Plaintiff, are DISMISSED WITH PREJUDICE. All costs and attorney's fees shall be borne by the party incurring the same.

So **ORDERED** and **SIGNED** this **8**   day of **June, 2012.**

_____
Ron Clark, United States District Judge